ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
JON M. LUDWIG, ESQ.
Nevada Bar No. 3998
DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
GORDON & REES LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: rlarsen@gordonrees.com
       dgluth@gordonrees.com
       jludwig@gordonrees.com

*Attorneys for Green Valley Pecos Homeowners Association, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A-SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN VALLEY PECOS HOMEOWNERS ASSOCIATION, INC.; ABSOLUTE COLLECTIONS SERVICES, LLC; MIKE SHORT,<br><br>Defendants. | CASE NO.: 2:16-cv-00242-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR GREEN VALLEY PECOS HOMEOWNERS ASSOCIATION, INC.TO RESPOND TO COMPLAINT [Doc. 2]**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff HSBC BANK USA, N.A., AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A-SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 PASS-THROUGH CERTIFICATES ("Plaintiff"), and Defendant GREEN VALLEY PECOS HOMEOWNERS ASSOCIATION, INC. ("Defendant"), by and through their respective attorneys of record, stipulate as follows:

### **STIPULATION**

1. Plaintiff filed its Complaint on February 8, 2016 [Doc. 2].

2. Defendant was served with process on February 9, 2016. [Doc. 7].

3. Defendant's response was due on or about March 1, 2016. (*See* Doc. 7.)

4. However, the parties agree that Defendant should be afforded an extension of in which to file a response to the Complaint. An extension is necessary because Defendant's counsel was just retained and needs an opportunity to review the file and documents to adequately respond to the Complaint. Plaintiff has no objection to the extension.

5. Therefore, the parties agree that Defendant's response to the Complaint is now due on or before April 7, 2016.

| | |
|---|---|
| DATED: March 17, 2016. | DATED: March 17, 2016. |
| GORDON & REES LLP | AKERMAN LLP |
| */s/David T. Gluth* <br> ROBERT S. LARSEN, ESQ. <br> Nevada Bar No. 7785 <br> DAVID T. GLUTH, ESQ. <br> Nevada Bar No. 10596 <br> JON M. LUDWIG, ESQ. <br> Nevada Bar No. 3998 <br> 3770 Howard Hughes Parkway, Suite 100 <br> Las Vegas, Nevada  89169 <br><br> *Attorneys for Green Valley Pecos Homeowners Association, Inc.* | */s/ Allison R. Schmidt* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> ALLISON R. SCHMIDT, ESQ. <br> Nevada Bar No. 10743 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, NV  89144 <br><br> *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: March 18, 2016

-2-