DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
            allison.schmidt@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br><br>vs.<br><br>GREEN VALLEY PECOS HOMEOWNERS ASSOCIATION, INC.; ABSOLUTE COLLECTIONS SERVICES, LLC; MIKE SHORT,<br><br>Defendants. | Case No.:  2:16-cv-00242-JCM-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE TIME FOR PLAINTIFF HSBC BANK USA, N.A., AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 PASS-THROUGH CERTIFICATES TO OPPOSE DEFENDANT GREEN VALLEY PECOS HOMEOWNERS ASSOCIATION, INC.'S MOTION TO DISMISS**<br><br>**(Second Request)** |

Plaintiff HSBC Bank USA, N.A., as Trustee for the Holders of the Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-1 Pass-Through Certificates (**HSBC**) and defendant Green Valley Pecos Homeowner's Association, Inc. (**HOA**) hereby stipulate and agree as follows:

/ /

/ /

/ /

/ /

/ /

/ /

{38213445;1}

The parties hereby stipulate and agree HSBC's time to respond to HOA's motion to dismiss (Dkt #17, filed on April 7, 2016) shall be continued from May 16, 2016 until June 3, 2016. HSBC requests the additional time to afford it the opportunity to adequately respond to HOA's motion to dismiss in a coordinated manner, as the same or similar motion by these and similarly-situated parties have been filed in other cases. The parties submit this request in good faith without the purpose of undue delay.

DATED this 11th day of May, 2016

| **AKERMAN LLP** | **GORDON & REES LLP** |
|---|---|
| _/s/ Allison R. Schmidt, Esq._ | _/s/ Jon M. Ludwig_ |
| DARREN T. BRENNER, ESQ. | ROBERTS S. LARSEN, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 7785 |
| ALLISON R. SCHMIDT, ESQ. | JON M. LUDWIG, ESQ. |
| Nevada Bar No.10743 | Nevada Bar No. 3998 |
| 1160 Town Center Drive, Suite 330 | 3770 Howard Hughes Parkway, Suite 100 |
| Las Vegas, NV 89144 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Green Valley Pecos Homeowner's Association, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 16, 2016

{38213445;1}