LUIS A. AYON, ESQ.
Nevada Bar No. 9752
STEVEN H. BURKE, ESQ.
Nevada Bar No. 14037
**AYON LAW, PLLC**
8716 Spanish Ridge, Suite 115
Las Vegas, Nevada 89148
Telephone:   (702) 600-3200
Facsimile:    (702) 447-7936
E-Mail:        laa@ayonlaw.com
                    shb@ayonlaw.com
*Attorneys for Defendant/Counter-Claimant Mike Short*

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 PASS-THROUGH CERTIFICATES,<br><br>          Plaintiff,<br>vs.<br><br>GREEN VALLEY PECOS HOMEOWNERS ASSOCIATION, INC.; ABSOLUTE COLLECTIONS SERVICES, LLC; MIKE SHORT,<br><br>          Defendants. | Case No.:  2:16-cv-00242-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MIKE SHORT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| MIKE SHORT, AN INDIVIDUAL,<br><br>          Counter-Claimant,<br>vs.<br><br>HSBC BANK USA, N.A., AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 PASS-THROUGH CERTIFICATES, a foreign trust; DOE INDIVIDUALS I-X; AND ROE CORPORATIONS I-X, inclusive,,<br><br>          Counter-Defendant. | |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MIKE SHORT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant Mike Short ("Short") by and through his attorneys of record, Luis A. Ayon, Esq. and Steven H. Burke, Esq., of the law firm AYON LAW, PLLC, and Plaintiff, HSBC BANK USA, N.A., As Trustee For The Holders Of The Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-1 Pass-Through Certificates ("HSBC"), by and through its counsel of record, Ariel E. Stern, Esq. and Scott R. Lachman, Esq., of the law firm of Akerman LLP, hereby stipulate and agree to the following:

IT IS HEREBY STPIULATED TO AND AGREED UPON that Defendant Mike Short, shall have additional time up to and including August 20, 2020, to file a resposne to Plaintiff's Motion for Summary Judgment [ECF No. 86] on file herein.

This is Defendant's first request for an extension of the deadline, and is not intended to cause and delay or prejudice to any party.

| | |
|---|---|
| DATED this 21st day of July, 2020.<br>**AYON LAW, PLLC**<br><br>  /s/ Steven H. Burke, Esq.<br>LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>STEVEN H. BURKE, ESQ.<br>Nevada Bar No. 14037<br>8716 Spanish Ridge, Suite 115<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant*<br>*Mike Short* | DATED this 21st day of July, 2020.<br>**AKERMAN, LLP**<br><br>  /s/ Scott R. Lachman, Esq.<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff,*<br>*HSBC Bank USA, N.A.* |

IT IS SO ORDERED.

Dated July 22, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE